

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| Terence Devon Hamilton | ) CASE NO. CR405-000121-001 |

## ORDER

On July 28, 2008, this Court denied Defendant's motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582(c). Defendant then filed a motion asking this Court to reconsider its previous ruling. On September 17, 2008, this Court denied Defendant's motion for reconsideration. Defendant also filed a 28 U.S.C. § 2255 motion in which he sought relief based on his overturned state convictions, two of which supported Defendant's classification as a career offender. On October 6, 2008, this Court adopted the Report and Recommendation of the Magistrate Judge and denied Defendant's § 2255 motion. Defendant then sought relief from the Eleventh Circuit Court of Appeals and filed for a certificate of appealability and leave to proceed on appeal in forma pauperis. Defendant also moved for a stay of the proceedings. On January 30, 2009, the Eleventh Circuit Court of Appeals denied Defendant's motion for certificate of appealability, his motion for a stay of the proceedings, and his motion for leave to proceed on appeal in forma pauperis. Defendant then filed a motion for reconsideration of the Eleventh Circuit Court of Appeals' order dated January 30, 2009, and the motion for reconsideration was denied on March 27, 2009.

On June 8, 2009, Defendant filed another motion to reduce his sentence pursuant to 18 U.S.C. § 3582. Defendant has become a serial filer and risks being brought back before this Court

and having his sentence enhanced. Defendant's serial filer status is prohibited by the rules of this Court and the Eleventh Circuit Court of Appeals. The record is complete in Defendant's matter. Defendant's sentence will not be reduced as a result of the retroactive crack cocaine amendment. Further, this Court and the Eleventh Circuit Court of Appeals have denied any relief for Defendant on the basis of a 28 U.S.C. § 2255 motion. Defendant's motion is **DENIED.**

**SO ORDERED**, this 29 day of June, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia