# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

U.S. DISTRICT COURT
AUGUSTA DIV.
2015 DEC 15 AM 8: 45
CLERK
SO. DIST. OF GA.

United States of America
v.
Terence Devon Hamilton

)
)
)  Case No: 4:05CR00121-1
)
)  USM No: 12313-021
)
Date of Original Judgment: February 13, 2006 )
Date of Previous Amended Judgment: April 4, 2012 )  Michael Schiavone
*(Use Date of Last Amended Judgment if Any)*        *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   February 13, 2006,   shall remain in effect.
**IT IS SO ORDERED.**
Order Date: Dec 14th, 2015

Judge's signature

Effective Date: _____
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*