GASD First Step Act Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(B)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 11 PM 3:02
CLERK M. ARNS
SO. DIST. OF GA.

United States of America
v.
Terence Devon Hamilton

Case No: 4:05CR00121-1
USM No: 12313-021

Date of Original Judgment: February 13, 2006
Date of Previous Amended Judgment: December 14, 2015
(Use Date of Last Amended Judgment if Any)

Michael Schiavone
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __200__ months **is reduced to** __Time Served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

In addition to reducing the imprisonment term as noted above, the previously imposed term of supervised release is reduced to a term of _3_ years.

Except as otherwise provided, all provisions of the judgment dated February 13, 2006, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3/11/2019

Effective Date: 3/13/2019
*(if different from order date)*

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*