IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA       *
                               *
     v.                        *    CR 405-121
                               *
TERENCE DEVON HAMILTON         *
```

## O R D E R

Presently before the Court is Defendant Terence Devon Hamilton's motion for early termination of supervised release. Hamilton pled guilty to distribution of 5 grams or more of cocaine base on November 10, 2005, and was sentenced to serve 200 months in prison followed by six years of supervised release. On March 11, 2019, his sentence was reduced to time served pursuant to 18 U.S.C. § 3582(c)(1)(B) and his supervised release term was reduced to three years.

Hamilton has been under the supervision of the United States Probation Office in this district since his release. He has completed over two years of supervision with no issues of noncompliance. Hamilton has maintained steady employment, now has a stable residence, and has tested negative on all drug tests administered. Further, Hamilton's supervising probation officer does not object to early termination.

In light of Hamilton's favorable adjustment to supervision and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Hamilton's motion (doc. 105) is **GRANTED**. Terence Devon Hamilton is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Christopher Gaines of the United States Probation Office, Savannah Division.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of May, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA